🖐 **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                              :       NOTICE OF INTENT TO
                                                                          FILE AN INFORMATION
JOHN EVERS,                        :

          Defendant.            :       **07 CRM 687**

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        ~~March~~ 3, 2007
        April

                                      MICHAEL J. GARCIA
                                      United States Attorney

                    By:  _____
                          ROBIN W. MOREY
                          Assistant United States Attorney

                          AGREED AND CONSENTED TO:

                    By:  _____
                          ALEXANDER G. BATEMAN, JR.
                          Attorney for JOHN EVERS

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE: 6/25/07]

**JUDGE KARAS**

6/25/07 WHEEL A