

# RMF
## RUSKIN MOSCOU FALTISCHEK P.C.
### Counselors at Law

Writer's Direct Dial: (516) 663-6589
Writer's Direct Fax: (516) 663-6789
Writer's E-Mail: abateman@rmfpc.com

October 22, 2007

**VIA FEDERAL EXPRESS**

**MEMO ENDORSED**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street – Chambers 533
White Plains, New York 10601-4150

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
DATE FILED:  _____
```

          Re:   U.S.A. v. John Evers
                07 Cr. 687 (KMK)

Dear Judge Karas:

   This firm represents John Evers in the above referenced case, which is currently scheduled for sentencing before Your Honor on November 5, 2007 at 11:00 a.m. By this letter, I am respectfully requesting an adjournment of that sentence date for three weeks, to November 26, 2007, or to a date that week convenient to the Court.

   The sentencing was originally scheduled for October 11, 2007 and was adjourned at the request of the Probation Department, to complete the Pre-Sentence Report. That adjournment request was granted until November 5, 2007. The instant request is made in order to allow the undersigned to adequately complete, and timely submit, a pre-sentence memorandum, including attachments from Mr. Evers, his friends and family. I also need to review a copy of a letter being prepared by the United States Attorney's Office relevant to this sentencing, in the course of compiling my own submission. That letter is presently in draft form. Assistant United States Attorney Robin W. Morey is aware of this request and has consented to the application.

::ODMA\PCDOCS\RMF_DOC\401141\1



Honorable Kenneth M. Karas
October 22, 2007
Page 2


      Thank you in advance for all consideration you will give to this request. If you require any additional information, feel free to contact me.

                          Sincerely,

                          ALEXANDER G. BATEMAN, JR.
                          For the Firm

AGB:lc

cc: Robin W. Morey, A.U.S.A. (Federal Express)
     John Evers
     Emily Weinblatt, Probation


*[Handwritten:]* Sentence is adjourned until November 29, 2007, at 10 am. Sentence will be held in Room 521 in the White Plains courthouse.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
10/29/07